# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

147003

U.S. BANK, N.A.,
    Plaintiff-Appellee,

v

ROBERT HILLS,
    Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147003
COA: 310318
Wayne CC: 11-014486-AV

_____/

   On order of the Court, the application for leave to appeal the March 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013

Clerk

p0826